### DOVER MARBLE CO. *v.* SCHILDWACHTER.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)
*B. C. Chetwood,* for appellant. *L. Zeller,* for respondent.
Appeal dismissed, without costs.

---

### HOOPER *et al. v.* FAY.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)
*G. W. Green,* for appellant. *C. W. Bennett,* for respondents.
Judgment affirmed, with costs.

---

### AIKEN *et al. v.* WESTCOTT.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)
*Abbott Bros.,* for appellants. *E. L. Hamilton,* for respondent.
Order affirmed, with costs.

---

### KANTROWITZ *v.* KULLA *et al.*

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)
*Charles E. Hughes,* for appellants. *M. Esberg,* for respondent.
Order affirmed, with costs.

---

### MAY *et al. v.* CURBY.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)
*Henry Hoyt,* for appellant. *C. H. Woodbury,* for respondents.
Judgment affirmed, with costs.

---

### McELFATRICK *et al. v.* BERRI.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)
*Alex. Thain,* for appellant. *Clarence A. Sears,* for respondents.
Judgment affirmed, with costs.

---

### BOICE *et al. v.* VAN SICLEN.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)
*Francis Spier, Jr.,* for appellant. *Douglas & Minton,* for respondents.
Judgment affirmed, with costs.

---

### MEEKER *et al. v.* DAYTON.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)
*Seaman & Spader,* for appellant. *Sturgis & Roby,* for respondents.
Judgment affirmed, with costs.

---

### PEOPLE *ex rel.* KIMP *v.* D'OENCH.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)
*Bangs, Stetson, Tracey & Macveagh,* for plaintiff. *W. L. Findlay,* for defendant.
Judgment affirmed, with costs.